LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

MEMO ENDORSED
1/4/23

January 4, 2023

**By ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing Adjourned to February 28, 2023 At 12:00 p.m.

[signature: Colleen McMahon]

Re: *United States v. Lopez-Arizmendi*, 20 Cr. 584 (CM)

Your Honor:

I represent Jimmy Lopez-Arizmendi in the above-captioned case and I write with the government's consent respectfully to request that his sentencing be adjourned until February 28, 2023, at 12:00 pm, which I am informed is a date and time that is convenient for the Court. Mr. Lopez-Arizmendi's sentencing is presently scheduled for January 25, 2023, making our sentencing submission due on January 11. The final PSR is not scheduled to be released until January 18. I request the brief adjournment so that I can review the final PSR before filing a sentencing letter.

For the foregoing reasons, I respectfully request that Mr. Lopez-Arizmendi's sentencing be adjourned until February 28, 2023, at 12:00 pm. I conferred with AUSA Ni Qian who consents to this request. This is the second and likely final request for a continuance. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Counsel for Jimmy Lopez-Arizmendi*

cc: Counsel of record (by ECF)
    Probation Officer Christopher Paragano (by email)
    Jimmy Lopez-Arizmendi (by U.S. Mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/23